IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SANDRA FRANKLIN,<br><br>    Plaintiff,<br><br>vs.<br><br>DOLGENCORP, LLC<br><br>    Defendant. | **CASE NO.: 8:20-CV-0039-LSC**<br><br>**JOINT NOTICE OF SETTLEMENT** |

COME NOW the parties in the above-styled cause and report to this honorable Court that the parties have reached a settlement in principle and are in the process of memorializing same. The parties anticipate filing a joint stipulation of dismissal with prejudice within the next twenty-eight (28) days.

Dated this 10th day of June, 2020.

| | |
|---|---|
| Edward I. Zwilling, Esq.<br>Law Office of Edward I. Zwilling, LLC<br>4000 Eagle Point Corporate Dr.<br>Birmingham, Alabama, 35242<br>Telephone: (205) 822-2701<br>Email:<br>edwardzwilling@zwillinglaw.com | John V. Matson, Esq.<br>Koley Jessen P.O. L.L.P<br>One Pacific Place, Ste. 800<br>1125 South 103rd Street<br>Omaha, NE 68124<br>Telephone: (402) 390 9500<br>Email: John.Matson@koleyjessen.com |
| By:    s/Edward I. Zwilling<br>           Edward I. Zwilling | By:    s/ John V. Matson<br>           John V. Matson |