IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SANDRA FRANKLIN,<br><br>   Plaintiff,<br><br>vs.<br><br>DOLGENCORP, LLC<br><br>   Defendant. | CASE NO.: 8:20-CV-0039-LSC<br><br>**JOINT STIPULATION OF DISMISSAL** |

  The Plaintiff, Sandra Franklin, and Defendant, Dolgencorp, LLC, by and through the undersigned counsel, hereby file with the Court this Joint Stipulation of Dismissal with Prejudice. Except as set forth in the settlement agreement between the parties hereto, all parties shall bear their own attorneys' fees and costs, and a full record is waived.

  Respectfully submitted this the 12th day of August, 2020.

| | |
|---|---|
| Edward I. Zwilling, Esq.<br>Law Office of Edward I. Zwilling, LLC<br>4000 Eagle Point Corporate Dr.<br>Birmingham, Alabama, 35242<br>Telephone: (205) 822-2701<br>Email:<br>edwardzwilling@zwillinglaw.com | John V. Matson, Esq.<br>Koley Jessen P.C., L.L.O.<br>One Pacific Place, Ste. 800<br>1125 South 103rd Street<br>Omaha, NE 68124<br>Telephone: (402) 343-3814<br>Email:<br>John.Matson@koleyjessen.com |
| Counsel for Sandra Franklin | Counsel for Dolgencorp, LLC |
| By:  s/ Edward I. Zwilling<br>   Edward I. Zwilling | By:  s/ John V. Matson<br>   John V. Matson |